**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNIVERSAL COLLISION CENTER INC.,

      Plaintiff,

vs.                                4:09-CV-472-SPM/WCS

THE TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT INC.,

      Defendant.

_____/

### ORDER EXTENDING TIME

      **THIS CAUSE** comes before the Court upon Defendant's Unopposed

Motion for an Extension of Time to Respond to the Plaintiff's Complaint (doc. 8).

The Court finds the request to be reasonable. Accordingly, it is hereby **ORDERED**

**AND ADJUDGED** as follows:

      1.     The Motion for Extension of Time (doc. 8) is *granted*.

      2.     Defendants shall have until January 22, 2010,  to respond to the

            Plaintiff's Complaint (doc. 1).

      **DONE AND ORDERED** this <u>twenty-fifth</u> day of January, 2010.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Chief United States District Judge